# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES ● NO

**DOCKET NUMBER:** 3:24-cr-44-FDW

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.*

**CASE NAME** :US vs ANTOINE JOHNSON, ET AL

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

- Magistrate Judge Case Number :
- Search Warrant Case Number :
- Miscellaneous Case Number :
- Rule 20b :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ◯ Petty  ◯ Misdemeanor  ● Felony

18 U.S.C. § 1014  18 U.S.C. § 1349  18 U.S.C. § 2

**JUVENILE:** ◯ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : CASSYE COLE

**VICTIM/WITNESS COORDINATORS:** SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )