# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Antoine Johnson and Kimberly Maddox

Case Number: 3:24-CR-44-FDW

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 U.S.C. 1349 | N/A | Max 30 yrs, $1M fine, or both, and a period of SR |
| 2-3 | 18 U.S.C. 1014 | N/A | Max 30 yrs, $1M fine, or both, and a period of SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO
*For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
*For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO
*18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE