# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERCA ) | |
| ) | Case No. 3:24-cr-00044-MU-SCR |
| v. ) | |
| ANTOINE JOHNSON, ) | By: **Michael F. Urbanski** |
| ) | **Senior United States District Judge** |
| Defendant ) | |

## ORDER

Pending before the court is defendant Antoine Johnson's "Unopposed Motion to Extend Report Date to Stagger Imprisonment With His Wife, Kim Maddox," filed on June 22, 2025. Doc. No. 81. On May 2, 2025, Johnson was sentenced to a term of 51 months imprisonment and 3 years supervised release following his conviction on two counts related to bank fraud. J., Doc. No. 71. On May 1, 2025, Johnson's wife and co-defendant, Kimberly Maddox, was sentenced to a term of 6 months imprisonment and a 3-year term of supervised release for similar counts of conviction. Doc. No. 69. Maddox has reported to the Bureau of Prisons and has a projected release date of December 30, 2025.[1]

Defendant Johnson originally was scheduled to report to the Bureau of Prisons on July 1, 2025. Mot., Doc. No. 81. The couple has two minor children and they allege that no adult in the family or in their community is available to care for the children in the parents' absence.

---

[1] https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results (last viewed Dec. 30, 2025).

Id. With this motion, Johnson requests that his date to report to the Bureau of Prisons be delayed until no sooner than January 10, 2026, and no later than January 30, 2026. Id.

This matter was referred to the Hon. Susan C. Rodriguez, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. Doc. No. 82. In the same order, Johnson's report date was stayed until August 1, 2025. Id.

Judge Rodriguez held an evidentiary hearing on July 2, 2025, and filed a report and recommendation on July 14, 2025, recommending that Johnson's motion be granted in part and denied in part. Judge Rodriguez recommended that Johnson's report date be delayed, but not until a day between January 10, 2026, and January 30, 2026, as he requested. Rather, Judge Rodriguez recommends that Johnson be required to surrender to the institution designated by the Bureau of Prisons immediately following Maddox's release, as notified by the United States Marshal. Report and Recommendation, Doc. No. 86.

No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

As such, it is hereby **ORDERED** that:

1. The report and recommendation, Doc. No. 86, is **ADOPTED in its entirety**;
2. Johnson's motion for extension of time to report to the Bureau of Prisons, Doc. No. 81, is **GRANTED** in part and **DENIED** in part;
3. Johnson is **ORDERED** to surrender for service of his sentence at the institution designated by the Bureau of Prisons immediately following Maddox's release from incarceration as notified by the United States Marshal.

Entered: 7/29/2025

*Michael F. Urbanski*

Michael F. Urbanski
Senior United States District Judge